# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## Summons in a Civil Case

Wallace Davis,

                       Plaintiff(s),

v.                                               Case No. 2:09-cv-10436-JAC-SDP
                                               Hon. Julian Abele Cook

US Investigation Services, LLC,

                       Defendant(s).

## Notice to Defendant US Investigation Services, LLC

This summons is notification that you are being sued by the above named plaintiff(s). You are required to:

1. Serve upon the **plaintiff's attorney**:

   Ian B. Lyngklip
   24500 Northwestern Highway
   Suite 206
   Southfield, MI
   48075

   an answer to the complaint within twenty (20) days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. File with the court any answer that you serve on the parties to this action within the time limits specified.

Failure to answer or take other actions permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver, Clerk of Court**        By:  <u>s/ S. Schoenherr</u>
                                                                   Deputy Clerk



                                                             Date of Issuance:  March 18, 2009

## Summons and Complaint Return of Service

Case No. 2:09-cv-10436-JAC-SDP
Hon. Julian Abele Cook

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served:   US Investigation Services, LLC

Date of Service:   March 23, 2009

### Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____

✓ Other (specify):   Certified mail / Return Receipt
_____
_____

____ Returned unexecuted (reason):
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Susan Tremblay

Signature of Server:   S Tremblay

Date:   March 24, 2009

Server's Address:   LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
24500 Northwestern Highway, Ste 206
Southfield, MI 48075

Article #: 71054522644103996846
Date/Time: 3/18/2009 10:52:25AM

File: Davis, Wallace
Internal File #:
Internal Code #:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7105 4522 6441 0399 6846

| | | |
|---|---|---|
| Postage | $ | 0.59 |
| Certified Fee | | 2.70 |
| Return Receipt Fee (Endorsement Required) | | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | | 0.00 |
| Total Postage & Fees | $ | 5.49 |

Postmark Here

Sent To: CSC-Lawyers Incorporationg Service
Street, Apt. No.; or PO Box No.: US Investigation Services, LLC
City, State, Zip+4: 601 Abbot Road
East Lansing, MI 48823

PS Form 3800, August 2006    See Reverse for Instructions

File: Davis, Wallace

**2. Article Number**
7105 4522 6441 0399 6846

1. Article Addressed to:
CSC-Lawyers Incorporationg Service
US Investigation Services, LLC
601 Abbot Road
East Lansing, MI 48823

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type: ☒ Certified
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811   Domestic Return Receipt

File: Davis, Wallace

USPS - Track & Confirm

**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7105 4522 6441 0399 6846**
Status: **Delivered**

Your item was delivered at 10:43 AM on March 23, 2009 in EAST LANSING, MI 48826.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.